## April 28, 2015

| | | |
|---|---|---|
| CAAP–13–00 05232 | State v. Cheek-Enriques | Affirmed |

## April 29, 2015

| | | |
|---|---|---|
| CAAP–13–00 05823 | Hawaii Community Federal Credit Union v. Sena | Affirmed |

## April 30, 2015

| | | |
|---|---|---|
| CAAP–12–00 00770 | Cabral v. Carlsmith Ball Wichman Case Ichiki, Attorneys at Law | Affirmed |
| CAAP–14–00 00373 | Seto v. Legg | Affirmed |
| CAAP–13–00 04145 | State v. Cotton | Affirmed |
| CAAP–14–00 00186 | State v. Kakatin | Affirmed |
| CAAP–12–00 00775 | State v. Richardson | Vacated and Remanded |

## May 4, 2015

| | | |
|---|---|---|
| CAAP–13–00 03479 | State v. Reilly | Affirmed |

## May 5, 2015

| | | |
|---|---|---|
| CAAP–13–00 05454 | State v. Lee | Affirmed |

## May 8, 2015

| | | |
|---|---|---|
| CAAP–13–00 00068 | State v. Anzai | Affirmed |

## May 11, 2015

| | | |
|---|---|---|
| CAAP–12–00 01060 | Hamasaki v. State | Affirmed |

## May 12, 2015

| | | |
|---|---|---|
| CAAP–12–00 00703 | Brutsch v. Brutsch | Affirmed in part and Vacated in part; |